IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**CHARLES RAY WARREN** **PLAINTIFF**

**V.** **CAUSE NO. 3:14-CV-236-CWR-FKB**

**MANAGEMENT & TRAINING CORP.,** **DEFENDANTS**
**ET AL.**

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court pursuant to the Report and Recommendation of United States Magistrate Judge F. Keith Ball, which was signed on February 4, 2015, and entered on February 5, 2015. Docket No. 18. The Report and Recommendation clearly notified the parties that failure to file written objections to the findings and recommendations contained therein within 14 days after service would bar further appeal in accordance with 28 U.S.C. § 636. *Id.*; *see also* Fed. R. Civ. P. 72(b)(2).

This Court, finding that there has been no submission of written objections by any party, hereby adopts said Report and Recommendation as the Order of this Court. Accordingly, this case is dismissed without prejudice for failure to prosecute.

**SO ORDERED**, this the 2d day of March, 2015.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE